EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Violent Crimes Section Chief

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: omer.poirier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 2 3 2003
at __ o'clock and __ min. __M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 03-00193 SOM |
| Plaintiff, | Indictment |
| vs. | (18 U.S.C. § 922(g)(3))  (26 U.S.C. §§ 5841, 5861(d) & 5871) |
| DWIGHT MARTIN, | |
| Defendant. | |

INDICTMENT

The Grand Jury Charges:

On or about April 1, 2003, in the District of Hawaii, the defendant, DWIGHT MARTIN, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce the following firearms: (1) "PARDNER" .410 Gauge shotgun, (2)

Remington .222 Rem. Magnum rifle with scope, (3) Marlin 30/30 lever action rifle, (4) Winchester .22 caliber Pump Action Rifle, (5) Ruger .22 caliber semi-automatic rifle, (6) Ruger Mini 14 .223 caliber semi-automatic rifle, (7) Charter arms .38 caliber 5 shot handgun, (8) Charter arms .38 caliber 5 shot Nickel handgun, (9) Charter arm .38 caliber 5 shot blue finish handgun, (10) Marlin .22 caliber semi automatic survival rifle, (11) Winchester 16 gauge single shot shotgun, (12) Beretta .22 caliber rifle, (12) Beretta .22 caliber rifle, (13) Remington pump action rifle with scope, (14) Plainfield .30 caliber M-1 carbine rifle, (15) Taurus 9mm stainless handgun, (16) Marlin 30/30 caliber level action rifle #11009532, (17) Glock 9mm semi automatic handgun, (18) Remington 12 gauge pump action shotgun, (19) Unknown make side by side sawed off 12 gauge pump action shotgun, (20) Winchester 12 gauge semi-automatic shotgun and various brands and calibers of ammunition.

All in violation of Title 18, United States Code, Section 922(g)(3).

### Count Two

The Grand Jury Further Charges:

On or about April 1, 2003, in the District of Hawaii, the defendant, DWIGHT MARTIN, knowingly received and possessed a firearm, that is a shotgun having a barrel of 18 inches or less, not registered to him in the National Firearms Registration and

Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

DATED: April 23, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney

*USA v. Martin;*
"Indictment"