EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA 1460
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-0193SOM |
| | ) | |
| Plaintiff, | ) | MOTION TO CONTINUE SENTENCING; |
| | ) | DECLARATION OF COUNSEL |
| vs. | ) | |
| | ) | |
| DWIGHT MARTIN, | ) | (Non-Hearing motion) |
| | ) | |
| Defendant. | ) | |

MOTION TO CONTINUE SENTENCING

The United States of America, by and through its undersigned counsel, hereby moves this Honorable Court to issue an Order continuing the sentencing herein, currently scheduled for March 13, 2006 at 1:30 p.m. before U.S. District Judge Susan Oki Mollway, until another date convenient to the parties.

This motion is based upon the appended Declaration of Counsel and the record and files herein.

DATED: March 9, 2006, at Honolulu, Hawaii.

                                        EDWARD H. KUBO, JR.
                                        United States Attorney
                                        District of Hawaii


                                      By /s/ Michael K. Kawahara
                                           MICHAEL K. KAWAHARA
                                           Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at her last known address:

Served Electronically through CM/ECF:

Pamela O'Leary Tower   pamelatower@earthlink.net   March 9, 2006

  Counsel for Defendant
  Dwight Martin


                                             /s/ Rowena N. Kang