EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA   1460
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-0193SOM |
| | ) | |
| Plaintiff, | ) | ADDITIONAL DECLARATION OF |
| | ) | COUNSEL IN SUPPORT OF MOTION |
| vs. | ) | TO CONTINUE SENTENCING; |
| | ) | EXHIBIT 1 |
| | ) | |
| DWIGHT MARTIN, | ) | (Non-Hearing motion) |
| | ) | |
| Defendant. | ) | |

**ADDITIONAL DECLARATION OF COUNSEL IN
SUPPORT OF MOTION TO CONTINUE SENTENCING**

MICHAEL K. KAWAHARA, upon penalty of perjury, declares and states as follows:

1. After receiving her copy of my electronically-filed Motion to Continue Sentencing, submitted earlier today, defense counsel Pamela O'Leary Tower advised me that my supporting Declaration was in error about the status of defendant's hip replacement surgeries.  As indicated in attached Exhibit "1" (a

letter defense counsel received from the treating physician), only the right hip replacement has been accomplished to date. The left hip replacement, which was previously expected to take place in February 2006, has been postponed due to the ongoing rehabilitation of the right side.

    2.  The foregoing provides additional support for the grounds tendered in my original Declaration.

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

    DATED: Honolulu, Hawaii, March 9, 2006.

                              /s/ Michael K. Kawahara
                              MICHAEL K. KAWAHARA