**THOMAS J. KANE, III, M.D., INC.**
ORTHOPEDIC SURGERY
TOTAL JOINT REPLACEMENT

THE QUEEN'S PHYSICIAN OFFICE BUILDING I
1380 LUSITANA STREET, SUITE 608
HONOLULU, HAWAII 96813-2492
TELEPHONE: (808) 538-2261 FAX: (808) 538-3957

March 1, 2006

Pamela O'Leary Tower, Attorney At Law
1330 Pacific Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Fax #: 808-533-4588 (3/03)

RE:   Martin, Dwight Joseph

Dear Ms. Tower:

I thank you for your fax of today regarding Dwight's current condition regarding his hips.

As you stated, he underwent a successful right total hip arthroplasty by me on November 11, 2005. I saw him in December. He was doing very well and I planned to see him back in three months time at which time we may schedule his opposite hip replacement. Until that time, he is to continue rehabilitating his operated side but we have set no firm date for the surgery on the contralateral limb.

If you have any further questions, do not hesitate to contact us.

Sincerely,

*[signature]*

Thomas J. Kane, III, M.D., Assistant Professor of Surgery,
Division of Orthopedic Surgery, Chief Section Joint Implant Surgery,
John A. Burns School of Medicine, University of Hawaii Manoa

TJK:ku    Date Dictated: March 2, 2006    Date Trans: March 2, 2006

**EXHIBIT 1**