IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00193 SOM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION TO |
| | ) | CONTINUE SENTENCING DATE |
| vs. | ) | |
| | ) | Old Sentencing Date: March 13, 2006 |
| DWIGHT MARTIN, | ) | |
| | ) | **New Sentencing Date:** |
| Defendant. | ) | **Date: 8/14/06** |
| | ) | **Time: 2:15 p.m.** |
| _____ | ) | **Judge: Hon. Susan Oki Mollway** |

ORDER GRANTING MOTION TO CONTINUE SENTENCING DATE

On March 9, 2006, the Government filed a Motion to Continue Sentencing. The court GRANTS the motion. The sentencing hearing previously set for March 13, 2006, is now set for **August 14, 2006, 2006, at 2:15 p.m.**

DATED: Honolulu, Hawaii; March 9, 2006.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge