# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/5/06  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 03-00193SOM

CASE NAME:          USA vs.  Dwight Joseph Martin

ATTYS FOR PLA:      Michael Kawahara

ATTYS FOR DEFT:     Pamela O'Leary Tower

INTERPRETER:        Neil Tsukayama (USPO)

---

JUDGE:    Susan Oki Mollway        REPORTER:    Cynthia Fazio

DATE:       9/5/06                 TIME:        3:00 - 3:10

---

COURT ACTION:  EP: Continued Sentencing to Counts 1 and 2 of the Indictment; Motion to Withdraw as Counsel and to Appoint New Counsel to Represent Defendant on Appeal -

Defendant Dwight Joseph Martin present by telephone.

Discussion held re: imposition of a fine.

No fine will be imposed.

Court adopts the Presentence Investigation Report as amended.

The sentence and conditions that were previously stated are imposed.

ADJUDGED:

Probation: 5 Years as to each of Counts 1 and 2, with both terms to be served concurrently.

Special Assessment: $200.00 ($100.00 per count).

Defendant advised of his right to appeal.

Motion to Withdraw as Counsel and to Appoint New Counsel to Represent Defendant on Appeal - Granted.

Ms. Tower to remain as counsel of record until new counsel is appointed.

Submitted by: Toni Fujinaga, Courtroom Manager.