ORIGINAL

**The Law Office of Georgia K. McMillen**

Georgia K. McMillen, Esq. # 6422
P.O. Box 1512
Wailuku Maui, HI 96793
Telephone & Fax: (808) 242-4343
Email: gmcmillen@earthlink.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 8 2006

at 4 o'clock and 15 min P M
SUE BEITIA, CLERK

ATTORNEY FOR DEFENDANT, Dwight Joseph Martin

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 03-cr-00193-SOM-1 |
| Plaintiff, ) | |
| vs. ) | NOTICE OF APPEAL; |
| ) | CERTIFICATE OF SERVICE |
| DWIGHT JOSEPH MARTIN, ) | |
| Defendant. ) | |

### NOTICE OF APPEAL

Notice is hereby given that pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure the defendant in the above named case, DWIGHT JOSEPH MARTIN, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment and sentence imposed by the Honorable Susan Oki Mollway, U.S. District Court for the District of Hawai'i, in this action on September 5, 2006.

DATED:   September 6, 2006.

GEORGIA K. MCMILLEN
Attorney for Defendant, Dwight Joseph Martin

## CERTIFICATE OF SERVICE

I, GEORGIA K MCMILLEN, certify that a true and exact copy of the foregoing document was duly mailed to the following on September 6, 2006.

        Omer G. Poirier, Assistant U.S. Attorney
        United States Attorney's Office
        PJKK Federal Building
        300 Ala Moana Blvd., Room 6100
        Honolulu, HI 96813
           ATTORNEY FOR PLAINTIFF,
           UNITED STATES OF AMERICA

Dated: September 6, 2006.

                                                  _____
                                                  Georgia K. McMillen
                                                  Attorney for the Defendant, Dwight Joseph Martin