# Georgia K. McMillen
## Attorney at Law

P.O. Box 1512
Wailuku, Hawai'i 96793

(808) 242-4343 Phone & Fax
gmcmillen@earthlink.net

September 6, 2006

RECEIVED
CLERK U.S. DISTRICT COURT
SEP - 8 2006
4:15 p
DISTRICT OF HAWAII

Clerk of the Court
U.S. District Court for the District of Hawai'i
300 Ala Moana Blvd.
Honolulu, HI 96850

   Re: U.S.A. v. Dwight Joseph Martin, CR No. 05-cr- 00193-SOM
   Court of Appeals No. 06-XXXXX

Dear Clerk of the Court:

I am the Criminal Justice Act (CJA) attorney appointed on September 5, 2006, to represent the defendant Dwight Joseph Martin.

Enclosed please find the original and five (5) copies of the defendant's Notice of Appeal and Certificate of Service. I've enclosed an additional copy. Kindly stamp it "Filed" and return the same to me in the self-addressed stamped envelope.

Given U.S. Magistrate Kurren's appointment of my office yesterday, September 5, 2006, to represent the defendant under the CJA, upon information and belief I conclude that the Court has granted defendant CJA status. Thus, pursuant to Ninth Circuit Rule 3-1(a) and 4-1(b), defendant is entitled to file the Notice of Appeal without prepayment of fees.

Respectfully,

Georgia K. McMillen
Enclosures