# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

September 12, 2006

Michael K. Kawahara, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Rm. 6100
Honolulu, HI 96850

IN RE:   U.S.A v. DWIGHT JOSEPH MARTIN
CR NO.   CR 03-00193SOM-01

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 09/08/06.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By   Laila M. Geronimo
     Deputy

cc:   Clerk, 9th CCA w/copy of NA,
           docket sheet, dfnf
      Georgia K. McMillien, ESQ.
           with copy of instructions for criminal appeals
           Transcript Desig. & Ordering Form
           with instructions and a copy of the
           docket sheet

TO:        Clerk, U.S. Court of Appeals                                    Date: September 12, 2006

FROM:      Clerk, U.S. District Court, Hawaii

SUBJECT:   New Appeals Docketing Information, Criminal Case

CASE INFORMATION

COMPLETE TITLE:        U.S.A. vs DWIGHT JOSEPH MARTIN

U.S.D.C CASE NO.       CR 03-00193SOM-01

U.S.D.C. JUDGE:        Susan Oki Mollway

COMPLAINT (✓), INDICTMENT ( ), INFORMATION ( ), PETITION ( ), FILED:   04/03/03

APPEALED ORDER FILED:        09/11/06

NOTICE OF APPEAL FILED:      09/08/06

---

COUNSEL INFORMATION

APPELLANT:                                  APPELLEE:
Georgia K. McMillien, ESQ.                  Michael K. Kawahara, AUSA
P.O. Box 1512                               Office of the U.S. Attorney
Wailuku, Maui, HI 96793                     300 Ala Moana Blvd., Rm. 6100
                                            Honolulu, HI 96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA - 09/06/06

(e.g. C.J.A., Public Defender, Other.)

---

DEFENDANT INFORMATION

ADDRESS:                        CUSTODY:               ✓

                                BAIL:                  ___

F/P GRANTED:       ___
                                COUNSEL WAIVED:        ___
NO OF DAYS OF TRIAL: ___
                                COURT REPORTER(S):     ESR, Debra Chun,
                                                       (see docket sheets)

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. DWIGHT JOSEPH MARTIN
   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____
   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**
   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 03-00193SOM-01

II **DATE NOTICE OF APPEAL FILED:** 09/08/06

III **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA appointed - 09/08/06
   **DOCKET FEE PAID ON:**           **AMOUNT:**
   **NOT PAID YET:**                 **BILLED:**
   **U.S. GOVERNMENT APPEAL:**       **FEE WAIVED:**
   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**
   **IF YES, SHOW DATE:**
   **WAS F.P. STATUS REVOKED:**      **DATE:**
   **WAS F.P. STATUS LIMITED IN SOME FASHION?**
   **IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**
   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)