# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII
## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. CA No. 06-10571       U.S. District Court Case No. CR-03-00193-SOM

Short Case Title  United States of America v. Dwight Joseph Martin

Date Notice of Appeal Filed by Clerk of District Court      Sept. 8, 2006

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
SEP 2 7 2006
at 11 o'clock and 00 min. AM
SUE BEITIA, CLERK

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 04/28/2003 | Ct Rptr: Tape 1387, C6 by Judge Leslie Kobayashi | A & P as to the Indictment |
| 01/22/2004 | Ct Rptr: Debra Chun | MINUTES:Defendant's Motion to Suppress Statements and Evidence |
| 04/20/2004 | Ct Rptr: C6 CD#4 1:50-2:32, by J. Barry M. Kurren | M/Withdraw Not Guilty Plea and to Plead Anew |
| 08/14/2006 | Court Reporter Debra Chun, by J. MOLLWAY | Sentencing held on 8/14/2006 for Dwight Joseph Martin |
| 09/05/2006 | Court Reporter Cynthia Fazio, by J. MOLLWAY | Sentencing held on 9/5/2006 for Dwight Joseph Martin |

(Attach additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( )  As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(X)  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered   09/25/2006            Estimated date for completion of transcript  11/1/06  (due date set by 9th Cir. Order filed in U.S. Dist Ct. 9/12/06)

Print Name of Attorney   Georgia K. McMillen            Phone Number  (808) 242-4343

Signature of Attorney _____

Address  Law Office of Georgia K. McMillen; P.O. Box 1512; Wailuku Maui, HI 96793

### SECTION B - To be completed by court reporter

I, _____ have received this designation.
(Signature of court reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____  Approximate Number of Pages in Transcript -- Due Date _____

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____  Court Reporter's Signature _____

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Sue Beitia                                BY: _____
(U.S. District Court Clerk)     (Date)              DEPUTY CLERK



**Georgia K. McMillen**
Attorney at Law

P.O. Box 1512
Wailuku Maui, Hawai'i  96793

Tel. / Fax: (808) 242-4343
E-Mail: gmcmillen@lawyerhawaii.com

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 2 7 2006

DISTRICT OF HAWAII

September 25, 2006

Clerk of the Court
U.S. District Court for the District of Hawai'i
300 Ala Moana Blvd.
Honolulu, HI 96850

Re:   U.S.A. v. Dwight Joseph Martin, CR No. 05-cr- 00193-SOM
      Court of Appeals No. 06-10571

Dear Clerk of the Court:

Enclosed please find the original and one copy of the Transcript Designation for this matter, now on appeal to the Ninth Circuit. Kindly file the original, and return the copy to me stamped "Filed" in the self-addressed stamped envelope.

Respectfully,

Georgia K. McMillen
Enclosures