# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII
## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. CA No. 06-10571

U.S. District Court Case No. CR-03-00193-SOM

Short Case Title: United States of America v. Dwight Joseph Martin

Date Notice of Appeal Filed by Clerk of District Court: Sept. 8, 2006

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
NOV 0 6 2006
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 04/28/2003 | Ct Rptr: Tape 1387, C6 by Judge Leslie Kobayashi | A & P as to the Indictment |
| 01/22/2004 | Ct Rptr: Debra Chun | MINUTES: Defendant's Motion to Suppress Statements and Evidence |
| 04/20/2004 | Ct Rptr: C6 CD#4 1:50-2:32, by J. Barry M. Kurren | M/Withdraw Not Guilty Plea and to Plead Anew |
| 08/14/2006 | Court Reporter Debra Chun, by J. MOLLWAY | Sentencing held on 8/14/2006 for Dwight Joseph Martin |
| 09/05/2006 | Court Reporter Cynthia Fazio, by J. MOLLWAY | Sentencing held on 9/5/2006 for Dwight Joseph Martin |

(Attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: 09/25/2006   Estimated date for completion of transcript: 11/1/06 (due date set by 9th Cir. Order filed in U.S. Dist Ct. 9/12/06)

Print Name of Attorney: Georgia K. McMillen   Phone Number: (808) 242-4343

Signature of Attorney: _____

Address: Law Office of Georgia K. McMillen; P.O. Box 1512; Wailuku Maui, HI 96793

### SECTION B - To be completed by court reporter

I, Cynthia Fazio (Signature of court reporter), have received this designation.

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

7 Approximate Number of Pages in Transcript -- Due Date 11/1/06

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed: 10/30/06   Court Reporter's Signature: Cynthia Fazio

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Sue Beitia   11/6/06   BY: _____
(U.S. District Court Clerk)   (Date)   DEPUTY CLERK