UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 0 9 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DWIGHT JOSEPH MARTIN,<br><br>Defendant - Appellant. | No. 06-10571<br><br>D.C. No. CR-03-00193-SOM<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT

MAR 1 3 2007
4:30p~ 2
DISTRICT OF HAWAII

Before: Peter L. Shaw, Appellate Commissioner

The appellee's unopposed motion for a second extension of time to file the

answering brief is granted. The answering brief is now due March 26, 2007. The

optional reply brief is due 14 days after service of the answering brief.

_Peter L. Shaw_
General Order 6.3(e)

promo commissioner 3.5.07/gs