


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 355-8000

February 11, 2008

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 13 2008
DISTRICT OF HAWAII

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 06-10571 | USA v. Martin | CR-03-00193-SOM |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Raymond Chan
Deputy Clerk

Enclosure(s)
cc: All Counsel